```
                    FILED
                US DISTRICT COURT
                DISTRICT OF NEBRASKA

                    FEB 19 2009

                OFFICE OF THE CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:08-cr-377 |
| Plaintiff, ) | |
| ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| ) | |
| ) | |
| JONATHAN M. BALES, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER is before the Court on the defendant's Motion for Noncustodial Transportation and Authorized Per Diem to the defendant. The defendant is indigent and is in need of noncustodial transportation and authorized per diem, and the Court finds the said motion should be granted.

ACCORDINGLY, IT IS SO ORDERED:

1. That the defendant's motion is granted, and;

2. That the U.S. Marshal shall provide noncustodial transportation for the defendant from Athens, Georgia, to arrive in Omaha, Nebraska, to attend the hearing on his motion to suppress on April 14, 2009 at 9:30 a.m., and return to Athens, Georgia, at the conclusion of the hearing, and an amount of money for subsistence and lodging, if necessary, not to exceed the authorized per diem.

3. Travel shall be by ground transportation only.

DATED this ___19___ day of February, 2009.

BY THE COURT:

_____
HON. F.A. GOSSETT, III
United States Magistrate Judge